LAW OFFICES OF BARNABA & MARCONI, LLP
By: Dennis M. Marconi, Esquire
DMM 9293
315 Lowell Avenue
Trenton, NJ 08619
(609) 584-1444
Attorneys for Defendants Transpro, Inc.
and Carolina Freightways, Inc.

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DANKWA and<br>JOSEPHINE DANKWA as h/w | : | Civil Action |
| | : | No.: 2:16-cv-05278-CMR |
| Plaintiffs, | : | |
| v. | : | |
| DAVID CRAIG, TRANSPRO, INC.<br>CAROLINA FREIGHTWAYS, INC. | : | |
| Defendants, | : | |

---

### AFFIDAVIT OF SERVICE

I, Dennis M. Marconi, Esquire, hereby certify that a true and correct copy of the within Answer with Affirmative Defenses and Jury Demand has been served upon counsel below by electronic and/or first class mail forwarded on November 10, 2016.

Jeffrey M. Rosenbaum, Esquire
Rosenbaum & Associates, P.C.
1818 Market Street, Suite 3200
Philadelphia, PA 19103

BARNABA & MARCONI, LLP
BY: _____
DENNIS M. MARCONI, ESQUIRE
Attorneys for Defendants, Transpro, Inc. and
Carolina Freightways, Inc.

Dated: November 10, 2016