IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| WILLIAM DANKWA AND JOSEPHINE DANKWA | : | CIVIL ACTION |
|  | : |  |
| v. | : | No. 16-5278 |
| DAVID CRAIG, ET. AL. | : |  |
|  | : |  |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Tuesday September 19, 2017.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                  Kate Barkman
                  Clerk of Court

**Continued From September 13, 2017 No Further Continuances May Be Arranged Without Court Approval**

                  By:   s/Richard C. Thieme
                  Richard C. Thieme
                  Deputy Clerk
                  Phone: (267) 299-7071

Date: September 12, 2017

Copies: Courtroom Deputy to Judge Cynthia M. Rufe
     Docket Clerk - Case File

    Counsel:  Jeffrey M. Rosenbaum, Esq.
          Jeffrey Paul Curry, Esq.
          Dennis M. Marconi, Esq.
    Arbitrators: Eddie Lee Clark, Esq.
          John Brown, Esq.
          Barbara Vetri, Esq.